UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HON. JANIS L. SAMMARTINO)**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 22cr0198-JLS |
| Plaintiff, | ) | |
| v. | ) | **ORDER** |
| AXEL IVAN URIAS | ) | |
| Defendant | ) | |

**GOOD CAUSE APPEARING, IT IS HEREBY ORDERED** that the MOTION HEARING/TRIAL SETTING be continued from March 4, 2022 at 1:30 p.m. to April 8, 2022, at 1:30 p.m. **IT IS FURTHER ORDERED** that time is excluded in the interest of justice.

**SO ORDERED.**

DATED:  March 2, 2022

Janis L. Sammartino
Honorable Janis L. Sammartino
United States District Judge